IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>              Plaintiff,<br><br>vs.<br><br>AMERICAN CIVIL LIBERTIES UNION NEBRASKA CHAPTER, Individual and Official Compacity; MARINE LYNCH CHALUPKA, ACLU Attorney, in her Individual Compacity; and RILEY PLATT, ACLU Paralegal, in his Individual Compacity,<br><br>              Defendants. | **8:21CV327**<br><br>**MEMORANDUM AND ORDER** |

On August 27, 2021, the court issued a Memorandum and Order noting that Plaintiff filed a Complaint but included neither the required $402.00 filing and administrative fee nor a proper request to proceed in forma pauperis. The court granted Plaintiff 30 days to either pay the $402.00 in fees or file a request to proceed in forma pauperis using Form AO240, "Application to Proceed Without Prepayment of Fees and Affidavit." (Filing 5.) To date, Plaintiff has not paid the fees or submitted a proper request to proceed in forma pauperis.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by separate document.

DATED this 4th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge